1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California  94105
6      Telephone:  (415) 977-8975
       Facsimile:  (415) 744-0134
7      E-Mail:Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THAILYNN A. SENGOUTHAI,<br>by and through her guardian ad litem<br>JENNY PHOTSIKHIP,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | CIVIL NO. 2:10-CV-03291-KJN<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to file its cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment. The extension is needed due to Defendant's counsel's recent sickness compounded by briefs due in 3 other cases during the same timeframe. The new due date for Defendant's motion will be August 5, 2011, and the Court's Scheduling Order shall be modified accordingly.

////

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: July 11, 2011 | /s/ Young Cho<br>(As authorized via e-mail)<br>YOUNG CHO<br>Attorney for Plaintiff |
| Dated: July 11, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
|   | /s/ Brenda M. Pullin<br>BRENDA M. PULLIN<br>Special Assistant U.S. Attorney |

ORDER

The undersigned HEREBY APPROVES the parties' stipulation. Pursuant to that stipulation, IT IS HEREBY ORDERED that Defendant Commissioner of Social Security shall have up to and including August 5, 2011, to file Defendant's cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment. The court's scheduling order shall be amended accordingly.

IT IS SO ORDERED.

DATED: July 13, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE