| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>BRENDA M. PULLIN |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500 |
| 6 | San Francisco, California  94105<br>Telephone:  (415) 977-8975 |
| 7 | Facsimile:  (415) 744-0134<br>E-Mail:Brenda.Pullin@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THAILYNN A. SENGOUTHAI,<br>by and through her guardian ad litem<br>JENNY PHOTSIKHIP,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:10-CV-03291-KJN<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 5 days, *nunc pro tunc*, to file his cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment. The extension is needed because Defendant's counsel was out of the office due to illness last week and through the previous deadline of August 5, 2011.  The new due date for Defendant's motion will be August 10, 2011, and the Court's Scheduling Order shall be modified accordingly.

//

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: August 10, 2011 | */s/ Young Cho* |
|   |   | (As authorized via e-mail) |
| 3 |   | YOUNG CHO |
|   |   | Attorney for Plaintiff |

Dated: August 10, 2011              BENJAMIN B. WAGNER
                                    United States Attorney

                                    */s/ Brenda M. Pullin*
                                    BRENDA M. PULLIN
                                    Special Assistant U.S. Attorney

IT IS SO ORDERED:

DATED:  August 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE